IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| KELVIN EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 6:21-cv-00035 |
| | ) |
| LIBERTY UNIVERSITY, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff hereby voluntarily dismisses his Complaint in the above-captioned matter.

Respectfully submitted,

| | |
|---|---|
| /s/  *Philip C. Krone* | /s/  *King F. Tower* |
| Philip C. Krone, Esq. (VSB 87723) | King F. Tower, Esq. (VSB No. 38767) |
| Broderick C. Dunn, Esq. (VSB 74847) | Leah Stiegler, Esq. (VSB No. 89602) |
| Cook Craig & Francuzenko, PLLC | WOODS ROGERS PLC |
| 3050 Chain Bridge Road, Suite 200 | 10 South Jefferson Street, Suite 1400 |
| Fairfax, VA  22030 | Roanoke, Virginia 24011 |
| T: (703) 865-7480 | T: (540) 983-7529 |
| F: (703) 434-3510 | F: (540) 983-7711 |
| pkrone@cookcraig.com | ktower@woodsrogers.com |
| bdunn@cookcraig.com | lstiegler@woodsrogers.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2022, I served a copy of the foregoing Rule 41(a)(1)(A)(i) Stipulation of Dismissal via ECF to the following:

King F. Tower, Esq. (VSB No. 38767)
Leah Stiegler, Esq. (VSB No. 89602)
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
T: (540) 983-7529
F: (540) 983-7711
ktower@woodsrogers.com
lstiegler@woodsrogers.com
*Counsel for Defendant*

              /s/ *Philip C. Krone*
Philip C. Krone, VSB 87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
pkrone@cookcraig.com
*Counsel for Plaintiff*